**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

| | |
|---|---|
| DARRELL JOHNSON; A. JAN THOMAS, JR., Bankruptcy Trustee in the matter of Darrell W. Johnson and Janet K. Johnson, Debtors | PLAINTIFFS |
| v.   No. 1:06CV00017 JLH | |
| ROCKWELL AUTOMATION, INC.; CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. d/b/a KEATHLEY-PATTERSON ELECTRIC; and JOHN DOES 1-5 | DEFENDANTS |

## **ORDER**

Plaintiffs' motion in limine on absence of similar accidents is denied without prejudice to the right of the plaintiffs to argue at trial that the defendants have not made a sufficient foundation for the introduction of any such evidence. Document #67.

IT IS SO ORDERED this 6th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE