IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DARRELL JOHNSON and A. JAN THOMAS, JR.,                             PLAINTIFFS
Bankruptcy Trustee in the Matter of Darrell
W. Johnson and Janet K. Johnson, Debtors

v.                                   No. 1:06CV00017 JLH

ROCKWELL AUTOMATION, INC.;
CONSOLIDATED ELECTRICAL DISTRIBUTORS,
INC. d/b/a KEATHLEY-PATTERSON ELECTRIC;
and JOHN DOES 1-5                                                       DEFENDANTS

## **ORDER**

      The Clerk is directed to place Exhibit B to Plaintiffs' Response to Defendants' Motion to Compel Discovery under seal.

      IT IS SO ORDERED this 13th day of June, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE