**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DARRELL JOHNSON and A. JAN THOMAS, JR.,                            PLAINTIFFS
Bankruptcy Trustee in the Matter of Darrell
W. Johnson and Janet K. Johnson, Debtors


v.                                    No. 1:06CV00017 JLH


ROCKWELL AUTOMATION, INC.;
CONSOLIDATED ELECTRICAL DISTRIBUTORS,
INC. d/b/a KEATHLEY-PATTERSON ELECTRIC;
and JOHN DOES 1-5                                                 DEFENDANTS


## ORDER

Plaintiffs' motion for leave to serve interrogatories is GRANTED.  Document #124.  For

good cause shown, the plaintiffs are hereby authorized to serve interrogatories 28 through 35.  The

alternative motion to instruct Rockwell to produce a Rule 30(b)(6) witness is DENIED.  Document

#124.

IT IS SO ORDERED this 22nd day of August, 2008.



J. LEON HOLMES
UNITED STATES DISTRICT JUDGE