### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

| | |
|---|---|
| DARRELL JOHNSON and A. JAN THOMAS, JR., Bankruptcy Trustee in the Matter of Darrell W. Johnson and Janet K. Johnson, Debtors | PLAINTIFFS |
| v. | No. 1:06CV00017 JLH |
| ROCKWELL AUTOMATION, INC.; CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. d/b/a KEATHLEY-PATTERSON ELECTRIC; and JOHN DOES 1-5 | DEFENDANTS |

## ORDER

Plaintiffs' partial motion for reconsideration is granted in part and denied in part. Austin Bollen will be permitted to testify regarding the statements in the first paragraph on page 4 of his report but not that the modifications to the bucket had no bearing on this accident. Document #130.

IT IS SO ORDERED this 25th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE