**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DARRELL JOHNSON and A. JAN THOMAS, JR.,                                    PLAINTIFFS
Bankruptcy Trustee in the Matter of Darrell
W. Johnson and Janet K. Johnson, Debtors

v.                                      No. 1:06CV00017 JLH

ROCKWELL AUTOMATION, INC.;
CONSOLIDATED ELECTRICAL DISTRIBUTORS,
INC. d/b/a KEATHLEY-PATTERSON ELECTRIC;
and JOHN DOES 1-5                                                          DEFENDANTS

## ORDER

Plaintiffs' unopposed motion in limine to allow the video deposition of Julia Allen, M.D., is GRANTED.  Document #162.  Plaintiffs will be allowed to play the video deposition of Dr. Allen at the trial of this matter.

IT IS SO ORDERED this 24th day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE